UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL LEE ROUSE,<br><br>       Petitioner,<br><br>   v.<br><br>JEFFREY A. UTTECHT,<br><br>       Respondent. | CASE NO. 3:19-cv-06145-BHS-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 27. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Petitioner's motion for voluntary dismissal, Dkt. 24, is **GRANTED** and the petition, Dkt. 12, is **DISMISSED** without prejudice;

(3)     All other pending motions are **DENIED** as moot;

ORDER - 1

1   (4)   A certificate of appealability is **DENIED**; and

2   (5)   This case is closed.

3   Dated this 29th day of July, 2020.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge